UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
NEW HAVEN DIVISION

IN THE MATTER OF                                           ) IN PROCEEDINGS UNDER CHAPTER 13

ROBERT L. MELITA AND RUTH I. MELITA                        ) CASE NO. 15-30614 JAM

DEBTOR(S)                                                  )

ORDER CONFIRMING FIRST AMENDED CHAPTER 13 PLAN

The debtor's plan was filed on 5/4/15, and was modified on 9/30/15. The plan, a summary of the plan, or a summary of the final modification of the plan, was transmitted to the creditors under Bankruptcy Rule 3015(d). The court finds that the plan meets the requirements of 11 U.S.C. Section 1325.

IT IS ORDERED THAT:

The debtor's Chapter 13 plan is confirmed, with the following provisions:

Payments to Trustee:

Amount of each payment:    $164.77 BIWEEKLY, BEGINNING 10/23/15.

Period of payments: 60 months (130 biweekly pay periods), and until a 100% dividend is paid to creditors holding allowed unsecured claims.

Payroll Deduction:

Payable to:
MOLLY T. WHITON, STANDING TRUSTEE
P. O. BOX 610
MEMPHIS TN 38101-0610

XX    The debtor or debtor's employer is ordered to deduct payments from the debtor's earnings, draw checks in the name of the standing trustee, and deliver or mail the same to the standing trustee on or before each due date under further order of this court.

Robert's Employer:    Milford Board of Education
                      Attn: Payroll Department    Re: Empl. Id. #012491 xxx-xx-7125
                      70 West River Street
                      Milford CT 06460

Attorney's Fees: The debtor's attorney is awarded a fee in the amount of $ 3800.00, of which $790.00 is due and payable from the estate.

Dated: October 2, 2015                                                          BY THE COURT

*Julie A. Manning*
Julie A. Manning
Chief United States Bankruptcy Judge