United States Bankruptcy Court
District of Connecticut

In re:  
Robert L. Melita  
Ruth I. Melita  
    Debtors

Case No. 15-30614-amn  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0205-3　　　User: grodrigue　　　Page 1 of 1　　　Date Rcvd: Sep 13, 2018  
　　　　　　　　　　　　Form ID: pdfdoc2　　　Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 15, 2018.  
db/db　　+Robert L. Melita,　Ruth I. Melita,　112 Jones Street,　West Haven, CT 06516-5434  
cr　　　+Americredit Financial Services, Inc dba GM Financi,　P.O. Box 183853,　Arlington, TX 76096-3853

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

　　　　***** BYPASSED RECIPIENTS *****  
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 15, 2018　　　　　　　　　　　　　　　　Signature:　/s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 13, 2018 at the address(es) listed below:  
　　　　Jennifer Tremesani　　on behalf of Debtor Ruth I. Melita Jennifer@neilcranelaw.com  
　　　　Jennifer Tremesani　　on behalf of Debtor Robert L. Melita Jennifer@neilcranelaw.com  
　　　　John P. Fahey　　on behalf of Creditor　Ditech Financial LLC, f/k/a Green Tree Servicing LLC jfahey@witherspoon-law.com  
　　　　Martin A. Mooney　　on behalf of Creditor　Americredit Financial Services, Inc dba GM Financial ahight@schillerknapp.com, kcollins@schillerknapp.com;tshariff@schillerknapp.com;cmack@schillerknapp.com  
　　　　Mitchell J. Levine　　on behalf of Creditor　Americredit Financial Services, Inc dba GM Financial MLevine@nairlevin.com  
　　　　Mitchell J. Levine　　on behalf of Creditor　Green Tree Servicing LLC, as Authorized Servicer For Fannie Mae as Owner And Holder Of Account/Contract Originated By Country Wide Bank, FSB MLevine@nairlevin.com  
　　　　Neil Crane　　on behalf of Debtor Robert L. Melita neilcranecourt@neilcranelaw.com, neilcranecourt@gmail.com  
　　　　Neil Crane　　on behalf of Debtor Ruth I. Melita neilcranecourt@neilcranelaw.com, neilcranecourt@gmail.com  
　　　　Roberta Napolitano　　notices@ch13rn.com, rnapolitano13@ecf.epiqsystems.com  
　　　　Sara Gould　　on behalf of Creditor　Ditech Financial LLC BKECF@bmpc-law.com  
　　　　U. S. Trustee　　USTPRegion02.NH.ECF@USDOJ.GOV  
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 11

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
NEW HAVEN DIVISION

| | |
|---|---|
| In Re: | CASE NO. 15-30614 AMN |
| ROBERT L. MELITA | CHAPTER 13 |
| RUTH I. MELITA | |
| DEBTORS | Re: ECF No. 47 |
| | |
| AMERICREDIT FINANCIAL SERVICES, INC. DBA GM FINANCIAL | |
| MOVANT | |
| | |
| vs. | |
| | |
| ROBERT L. MELITA | |
| RUTH I. MELITA | |
| ROBERTA NAPOLITANO, TRUSTEE | |
| RESPONDENTS | |

### STIPULATION CONCERNING RELIEF FROM STAY

Americredit Financial Services, Inc. dba GM Financial., and Debtor (collectively, the "parties") enter into this Stipulation as of this 4th day of September, 2018 in order to resolve the issues raised in Americredit's Amended Motion for Relief from Automatic Stay or, in the Alternative, Adequate Protection, Docket No. 47 (the "Relief Motion").

#### Background

1. The Debtors filed a voluntary petition under Chapter 13 of Title 11 of the Code with this Court.

2. The Debtors are the owners of a 2014 Chevrolet Cruze, Vehicle Identification Number 1G1PA5SG8E7153431 (hereinafter referred to as the "Motor Vehicle") which is

subject to a security interest held by Americredit.

3. The parties have reached an agreement with respect to the Motor Vehicle, the terms of which are set forth below:

### Agreement

Based on the foregoing, upon approval of this Stipulation by the Court:

1. The Debtors acknowledge and agree that Americredit Financial Services, Inc. dba GM Financial is the holder of a valid perfected first in right purchase money security interest in the Motor Vehicle.

2. The Debtors further warrant and represent that the Collateral is necessary for an effective reorganization of this estate and for preserving assets of the estate.

3. The Debtors further acknowledges and agrees that account is in arrears for failure to pay $1,577.20 for the months of May 15, 2018 through August 15, 2018, in addition to counsel fees of $450.00 plus filing fee of $181.00 (total=$2,208.20).

4. The Debtor hereby agrees to cure said arrearages by making the following payments:

### Stipulation Payment Schedule

| Payment Due Date | Monthly Payment Amount | Arrearage Amount | Total Monthly Payment |
|---|---|---|---|
| September 15, 2018 | $399.36 | $368.04 | $767.40 |
| October 15, 2018 | $399.36 | $368.04 | $767.40 |
| November 15, 2018 | $399.36 | $368.04 | $767.40 |

| December 15, 2018 | $399.36 | $368.04 | $767.40 |
| January 15, 2019 | $399.36 | $368.04 | $767.40 |
| February 15, 2019 | $399.36 | $368.04 | $767.40 |

5. Commencing on March 15, 2019, and monthly thereafter, the debtors shall make the regular monthly post-petition payments of $399.36 in accordance with the terms and conditions of the contract.

6. All payments made pursuant to this Stipulation must be made directly to Americredit Financial Services, Inc..

7. The Debtors shall maintain all necessary policies of insurance in accordance with the terms set forth in the Contract.

8. **IN THE EVENT THE DEBTORD FAIL TO MAKE THE PAYMENTS AS DESCRIBED IN PARAGRAPH 4 HEREIN <u>OR UPON THE FAILURE OF THE DEBTOR TO MAKE PAYMENTS BEYOND THOSE NECESSARY TO CURE A PRIOR POST PETITION DEFAULT AS DESCRIBED IN PARAGRAPH 5 HEREIN</u> AND/OR FAILS TO MAINTAIN ADEQUATE INSURANCE COVERAGE, AMERICREDIT FINANCIAL SERVICES, INC. DBA GM FINANCIAL, OR ITS ATTORNEYS MAY FILE A CERTIFICATE OF NON-COMPLIANCE WITH A PROPOSED ORDER TO BE SIGNED BY THIS COURT WITH A COPY PROVIDED TO DEBTORS' COUNSEL VIA ELECTRONIC MAIL. THE DEBTORS SHALL HAVE SEVEN (7) DAYS FROM THE DATE OF THE FILING OF THE CERTIFICATE WITHIN WHICH TO CURE ANY**

**ALLEGED PAYMENT DEFAULT OR TO CONTEST THE ALLEGATIONS CONTAINED IN SAID CERTIFICATE. AFTER 7 DAYS, THE COURT <u>MAY</u> EXECUTE AN ORDER TERMINATING THE AUTOMATIC STAY IMPOSED BY SECTION 362(A) OF THE CODE RELATIVE TO THE MOTOR VEHICLE.**

9. The Parties further acknowledge and agree that the terms of this stipulation shall be null and void if the case is converted or dismissed.

10. So long as the Debtors are in compliance with the terms and provisions of this Stipulation and Contract, Americredit Financial Services, Inc. hereby acknowledges that its interests in the Motor Vehicle are adequately protected as envisioned under 11 U.S.C. § 361.

11. The Parties stipulate, acknowledge and agree that nothing contained herein shall constitute a waiver, relinquishment or modification of the rights of Americredit Financial Services, Inc. under the terms and provisions of the Contract and any applicable state, federal or local law.

12. The Parties further acknowledge and agree that upon approval hereof the terms and provisions of this Stipulation shall be enforceable as a duly entered order of this Court.

THE UNDERSIGNED CONSENT TO THE ENTRY OF THIS ORDER

Dated: September 4, 2018

**THE MOVANT**
Americredit Financial Services, Inc.

By  /s/  Mitchell J. Levine

Mitchell J. Levine, Esq
Nair & Levin, P.C.
707 Bloomfield Avenue
Bloomfield, CT 06002
Telephone No. (860) 242-7585
Fax No. (860) 242-2980
Federal Bar No. CT 07985
mlevine@nairlevin.com

Dated: September 10, 2018

*Robert Melita*
Robert Melita

*Ruth I. Melita*

**THE DEBTORS**
ROBERT L. MELITA
RUTH I. MELITA

By /s/ _____
(with permission)
Stuart Caplan, Esq.
Law Offices of Neil Crane, LLC

2679 Whitney Avenue
Hamden, CT 06518
Email: neilcranecourt@neilcranelaw.com

Dated: September 11, 2018

**CHAPTER 13 TRUSTEE**

By /s/    Patrick Crook

(with permission)
Patrick Crook, Attorney for
ROBERTA NAPOLITANO
10 Columbus Boulevard
Hartford, CT 06106
pcrook@ch13rn.com

In Re: Robert L. Melita and Ruth I. Melita, Case No. 15-30614, RE: ECF No. 47
ORDER: The Stipulation is approved as an Order of the Court.
Dated this 13th day of September, 2018, at New Haven, Connecticut.

*Ann M. Nevins*
United States Bankruptcy Judge
District of Connecticut